RECEIVED

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2014 FEB -3 A 11:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Andre Maurice Dawsby
Full name and prison name of
Plaintiff(s)

v.

Captain Babers,
Lt. Lockley, Lt. Timothy
Scott, Miss. King, Classification Specialist
A.D.O.C.
Mental Health Counselor?
Lt. Ruffin
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO 2:14-CV-70-WHA-CSC
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☒  NO ☐

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Andre Maurice Dawsby

         Defendant(s) Nurse Barbara Arthur, Nurse Rain Jet Reggario, Dr. James DeLong

      2. Court (if federal court, name the district; if state court, name the county)

         Jefferson County, Alabama

3. Docket number _I can't recall._

4. Name of judge to whom case was assigned _Magistrate Paul W. Greene_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Yes. Yes. No_

6. Approximate date of filing lawsuit _March 2003_

7. Approximate date of disposition _July 2005_

II. PLACE OF PRESENT CONFINEMENT _Bullock Correctional Facility P.O. Box 5107, Hwy. 82 E, Union Springs, AL. 36089_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Bullock Correctional Facility P.O. Box 5107, Hwy. 82 E, Union Springs, AL. 36089_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Captain Babers | B.C.C.F. |
| 2. LT. Lockley | B.C.C.F. |
| 3. LT. Timothy Scott | B.C.C.F. |
| 4. Miss. King Classification Sp. | B.C.C.F. |
| 5. ? Mental Health Counselor | B.C.C.F. |
| 6. A.D.O.C. | B.C.C.F. |
| 7. LT. Ruffin | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _10-08-2013_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Fifth and Fourteenth Amendments' due process clauses._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Miss. King used a disciplinary, that had originally expired to change my custody, team medium to close.

GROUND TWO: Eighth Amendment rights excessive fines imposed. Cruel and unusual punishments.

SUPPORTING FACTS: LT. Lockley used a disciplinary, that had originally expired to change my custody, team medium to close.

GROUND THREE: Sixth Amendment confrontation clause.

SUPPORTING FACTS: Captain Babers used a disciplinary, that had originally expired to change my custody, team medium to close.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To awared me money damages. In the Amount of $60.000 And injunctive relief, in the form of a transfer. To another level (4) four institution.

*Andre' M. Dansby*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/23/2014.
(Date)

*Andre' M. Dansby*
Signature of plaintiff(s)

%o, Mister Andre Maurice
Dansby AIS# 181727
B1 7A A.D.O.C.
Bullock, Bullock
Corr, Fac.
Post Office Box 5107
Union Springs, AL.
36089-5107



%o, Office of the
Clerk, United
States District
Court, One Church
Street, Suite B-
110, Montgomery, AL.
36104-4018

LEGAL MAIL

36104$9999